**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YOVANNI YANEZ,** | **Case No.: 23-CV-02667 YGR** |
| **Plaintiff,** | **ORDER TO SHOW CAUSE RE: FAILURE TO SERVE OR FILE CASE MANAGEMENT STATEMENT; SETTING COMPLIANCE; AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **FUNPLUS INTERNATIONAL AG *et al.*,** | |
| **Defendants.** | |

**TO PLAINTIFF YOVANNI YANEZ:**

On March 17, 2026, the Court granted the motion for counsel to withdraw as counsel to the named plaintiff Yovanni Yanez in part because plaintiff Yanez had ceased communications. (Dkt. No. 110.) By no later than **April 10, 2026,** you are hereby **ORDERED** to inform the Court whether you plan to proceed in this case.

The Court **SETS** a compliance hearing for April 17, 2026 on the 9:01 a.m. calendar, United States Courthouse, 1301 Clay Street, Oakland, California. No later than **April 10, 2026,** plaintiff Yovanni Yanez must file a notice to the Court informing whether he plans to pursue his claims in this case.

If Plaintiff fails to comply with this order timely, the Court will dismiss his claims without prejudice *and without further notice*. If Plaintiff files the information timely, the Court will vacate the compliance hearing.

Assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San

Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email fedpro@sfbar.org.  The Help Center's website is available at https://cand.uscourts.gov/representing-yourself/jdc-legal-help-center-san-francisco-oakland-courthouses.

The District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial.  It is available electronically online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or in hard copy, free of charge, from the Clerk's Office.

IT IS SO ORDERED.

Date:   March 20, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

2